B6A (Official Form 6A) (12/07)

In re  **Joe Bruce McGlothlin**                                        Case No.  <u>12-10366-RLJ-13</u>
                                                                                              (if known)

*AMENDED*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 50% ownership of mineral rights W/2 OF THE SOUTH 220 ACRES OF THE W/2 LESS A 4 ACRE TRACT IN THE SW/4 OF SECTION 71, BLOCK 24, ABSTRACT 252, T&P RY. CO. SURVEY, NOLAN COUNTY, TEXAS CONTAINING 108.0 GROSS ACRES MORE OR LESS | Owner | - | $50,000.00 | $0.00 |
| 1901 CR 134 Roscoe, TX 79545 T&P BLK 24 SEC 71 PT W/2 OF SW/4& W/2 OF S90 ACRES OF NW/4 ABST 0252 105.00 | Homestead | - | $90,940.00 | $70,628.64 |
| 1011 Ash St. Roscoe, TX 79545 SOUTHERN, BLK A LOT PI S112 OF W 140 1 & N24 OF 2 TRI REECE REPL SURRENDER HIS INTEREST | Owner | - | $111,940.00 | $6,850.59 |
| 325 Ross Ave Abilene, TX 79605 G W MORRIS OF H WARD, LOT 5 | Owner | - | $46,168.00 | $0.00 |
| 4.583 acres CR 119 Roscoe, TX T&P BLK 24 SEC 46 ABST 0691 | Owner | - | $8,000.00 | $323.42 |
| .585 ac Feed Store Property Original Town Blk 2 Lt 1-6; Lot Pt 18, N25 of W2 X 40 of S/2 of 18, Roscoe, Nolan County, Texas. | Owner | - | $44,560.00 | $0.00 |

                                                                        Total:  **$351,608.00**
                                                                        (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Joe Bruce McGlothlin**                    Case No. **12-10366-RLJ-13**
                                                      (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account/City National Bank/Feed Store | - | $500.00 |
| | | Checking Account/City National Bank/Personal | - | $900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings | - | $955.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | - | $250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 410 Shotgun Single | - | $50.00 |
| | | 12 Gauge Pump Mossberg Shotgun | - | $100.00 |
| | | 16 Gauge Remington Shotgun | - | $150.00 |
| | | 12 Gauge Double Barrel Stoegel Coach gun Shotgun | - | $200.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Bruce McGlothlin**                                                      Case No.  **12-10366-RLJ-13**
                                                                                                  (if known)

### *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Colonial Life ins Policy #8 1726 568 90, #8 1173 966 30 no cash value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Bruce McGlothlin**                                              Case No.  **12-10366-RLJ-13**
                                                                                              (if known)

### *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Joe Bruce McGlothlin**                                      Case No.   **12-10366-RLJ-13**
                                                                                        (if known)

### *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Ram Crew Cab 1/2 ton | - | $10,225.00 |
| | | 2002 Dodge Ram | - | $7,425.00 |
| | | 2009 Dodge Ram 1 ton 4x4/SURRENDER | - | $25,512.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Farm tools, Portable buildings and Tractor | - | $6,299.91 |
| | | Equipment, tools, fences, etc. | - | $5,377.65 |
| 30. Inventory. | | inventory | - | $18,005.00 |
| | | inventory | - | $15,005.00 |
| 31. Animals. | | 6 Boar Goats value $100.00 each<br>1 Cow $700.00<br>9 Sow Pigs &100.00 each | - | $2,200.00 |
| 32. Crops - growing or harvested. Give particulars. | | Milo, Wheat | - | $14,000.00 |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Joe Bruce McGlothlin**                                      Case No.    **12-10366-RLJ-13**
                                                                               (if known)

### *AMENDED*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached        **Total  >**        **$107,154.56**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Joe Bruce McGlothlin**                                        Case No.   **12-10366-RLJ-13**
                                                                              (If known)

### *AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1901 CR 134 Roscoe, TX 79545 T&P BLK 24 SEC 71 PT W/2 OF SW/4& W/2 OF S90 ACRES OF NW/4 ABST 0252 105.00 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $20,311.36 | $90,940.00 |
| .585 ac Feed Store Property Original Town Blk 2 Lt 1-6; Lot Pt 18, N25 of W2 X 40 of S/2 of 18, Roscoe, Nolan County, Texas. | Tex. Bus. Org. Code § 152.101 | $44,560.00 | $44,560.00 |
| Household goods and furnishings | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $955.00 | $955.00 |
| Clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $250.00 | $250.00 |
| 2005 Dodge Ram Crew Cab 1/2 ton | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $2,753.06 | $10,225.00 |
| 2002 Dodge Ram | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,899.21 | $7,425.00 |
| Farm tools, Portable buildings and Tractor | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $6,299.91 | $6,299.91 |
| Equipment, tools, fences, etc. | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $5,377.65 | $5,377.65 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$85,406.19** | **$166,032.56** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Joe Bruce McGlothlin**                                                    Case No.    **12-10366-RLJ-13**
                                                                                                                    (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 6 Boar Goats value $100.00 each<br>1 Cow $700.00<br>9 Sow Pigs &100.00 each | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(10) | $2,200.00 | $2,200.00 |
| | | $87,606.19 | $168,232.56 |

B6D (Official Form 6D) (12/07)

In re **Joe Bruce McGlothlin**　　　　　　　　　　　　　Case No. **12-10366-RLJ-13**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3896<br><br>**Chrysler Financial/TD Auto Finance**<br>**Attention: Bankruptcy**<br>**PO Box 860**<br>**Roanoke, TX 76262** | | - | DATE INCURRED: **01/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2009 Dodge Ram one ton 4x4 Truck**<br>REMARKS:<br>**SURRENDER**<br><br>VALUE: **$25,512.00** | | | | **$25,512.00** | |
| ACCT #: xxxxxxx6260<br><br>**City National Bank**<br>**Po Box 1031**<br>**Colorado City, TX 79512** | | - | DATE INCURRED: **06/2012**<br>NATURE OF LIEN:<br>**Installment Loan**<br>COLLATERAL:<br>**inventory**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$18,005.00** | | | | **$18,005.00** | |
| ACCT #: xxxxxxx6262<br><br>**City National Bank**<br>**Po Box 1031**<br>**Colorado City, TX 79512** | | - | DATE INCURRED: **08/2012**<br>NATURE OF LIEN:<br>**Installment Loan**<br>COLLATERAL:<br>**inventory**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$15,005.00** | | | | **$15,005.00** | |
| ACCT #: x7476<br><br>**Nolan County Central Appraisal District**<br>**P.O. Box 1256**<br>**Sweetwater, Texas 79556** | | - | DATE INCURRED: **2012-**<br>NATURE OF LIEN:<br>**Ad Valorem Property Taxes**<br>COLLATERAL:<br>**1011 Ash St. Roscoe, TX 79545**<br>REMARKS:<br>**SURRENDER**<br><br>VALUE: **$111,940.00** | | | | **$1,950.59** | |
| | | | Subtotal (Total of this Page) > | | | | **$60,472.59** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____5_____continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on　　　(If applicable,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Summary of　　　　report also on
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Schedules.)　　　　Statistical
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Summary of
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Certain Liabilities
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　and Related
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Joe Bruce McGlothlin**                              Case No. **12-10366-RLJ-13**
                                                                    (if known)

*AMENDED*
### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** **Nolan County Central Appraisal District** | | | **Perdue Brandon Fielder Collins & Mott** **Attorneys at Law** **PO Box 13430** **Arlington, TX  76094-0430** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **x4616** **Nolan County Central Appraisal District** **P.O. Box 1256** **Sweetwater, Texas 79556** | | - | DATE INCURRED: **2012-2013** NATURE OF LIEN: **Ad Valorem Property Taxes** COLLATERAL: **1901 CR 134 Roscoe, TX 79545** REMARKS: **Paid thru the Plan homestead** <br><br> VALUE: **$90,940.00** | | | | **$657.64** | |
| **Representing:** **Nolan County Central Appraisal District** | | | **Perdue Brandon Fielder Collins & Mott** **Attorneys at Law** **PO Box 13430** **Arlington, TX  76094-0430** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **x4750** **Nolan County Central Appraisal District** **P.O. Box 1256** **Sweetwater, Texas 79556** | | - | DATE INCURRED: **2012-2013** NATURE OF LIEN: **Ad Valorem Property Taxes** COLLATERAL: **personal property** REMARKS: **Paid thru the Plan** <br><br> VALUE: **$47,450.00** | | | | **$2,796.90** | |

Sheet no. _____**1**_____ of _____**5**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$3,454.54** | **$0.00** |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Joe Bruce McGlothlin**                                      Case No. **12-10366-RLJ-13**
                                                                                    (if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Nolan County Central Appraisal District** | | | **Perdue Brandon Fielder Collins & Mott Attorneys at Law**<br>**PO Box 13430**<br>**Arlington, TX 76094-0430** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **x6959**<br><br>**Nolan County Central Appraisal District**<br>**P.O. Box 1256**<br>**Sweetwater, Texas 79556** | | - | DATE INCURRED: **2012-2013**<br>NATURE OF LIEN:<br>**Ad Valorem Property Taxes**<br>COLLATERAL:<br>**4.50 Acres**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$8,000.00** | | | | **$323.42** | |
| **Representing:**<br>**Nolan County Central Appraisal District** | | | **Perdue Brandon Fielder Collins & Mott Attorneys at Law**<br>**PO Box 13430**<br>**Arlington, TX 76094-0430** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xx5641**<br><br>**Nolan County Central Appraisal District**<br>**P.O. Box 1256**<br>**Sweetwater, Texas 79556** | | - | DATE INCURRED: **2012-2013**<br>NATURE OF LIEN:<br>**Ad Valorem Property Taxes**<br>COLLATERAL:<br>**Feed Store**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$47,450.00** | | | | **$799.30** | |

Sheet no. _____**2**_____ of _____**5**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $1,122.72 | $0.00 |
| Total (Use only on last page) > | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Joe Bruce McGlothlin**                                           Case No. **12-10366-RLJ-13**
                                                                                    (if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing: Nolan County Central Appraisal District** | | | **Perdue Brandon Fielder Collins & Mott Attorneys at Law PO Box 13430 Arlington, TX 76094-0430** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **x8324** <br><br> **Sweetwater Regional F.C.U. P.O. Box 218 Sweetwater, TX 79559** | | - | DATE INCURRED: <br> NATURE OF LIEN: **Automobile** <br> COLLATERAL: **2002 Dodge Ram Crew Cab 1/2 ton** <br> REMARKS: **Paid thru the Plan** <br><br> VALUE: **$7,425.00** | | | | **$2,525.79** | |
| ACCT #: **x6981** <br><br> **Taylor Co. Central Appraisal District 1534 South Treadaway Blvd Abilene, TX 79601** | | - | DATE INCURRED: **2012-** <br> NATURE OF LIEN: **Ad Valorem Property Taxes** <br> COLLATERAL: **325 Ross Ave Abilene TX 79605** <br> REMARKS: <br><br> VALUE: **$46,168.00** | | | | **$1,071.70** | |
| **Representing: Taylor Co. Central Appraisal District** | | | **Michael Reed McCreary Veselka, Bragg & Allen P.C. PO Box 1269 Round Rock, TX 78680** | | | | **Notice Only** | **Notice Only** |

Sheet no. _____**3**_____ of _____**5**_____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > | **$3,597.49** | **$0.00**
Total (Use only on last page) > | |

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Joe Bruce McGlothlin**                    Case No. **12-10366-RLJ-13**
                                                        (if known)

***AMENDED***
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx7238**<br><br>**Texas National Bank**<br>**Po Box 510**<br>**Sweetwater, TX 79556** | | - | DATE INCURRED: **06/2011**<br>NATURE OF LIEN:<br>**Secured**<br>COLLATERAL:<br>**2005 Dodge Ram Crew Cab 1/2 ton**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$10,225.00** | | | | **$7,471.94** | |
| ACCT #: **xxxxxx5704**<br><br>**Texas National Bank**<br>**Po Box 510**<br>**Sweetwater, TX 79556** | | - | DATE INCURRED: **04/2008**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**1011 Ash St. Roscoe, TX79545**<br>REMARKS:<br>**SURRENDER ex finance makes payment**<br><br>VALUE: **$111,940.00** | | | | **$4,900.00** | |
| ACCT #: **x7374**<br><br>**Texas National Bank**<br>**PO Box 510**<br>**Sweetwater, TX  79556** | | - | DATE INCURRED: **2011**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1901 CR 134 Roscoe, TX 79545**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$90,940.00** | | | | **$69,971.00** | |
| ACCT #: **x7441**<br><br>**Texas National Bank**<br>**PO Box 510**<br>**Sweetwater, TX  79556** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchases**<br>COLLATERAL:<br>**Farms Tools, Portalbe Buildings & Tracto**<br>REMARKS:<br>**Paid thru the Plan**<br><br>VALUE: **$6,299.91** | | | | **$6,299.91** | |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached          Subtotal (Total of this Page) >    **$88,642.85**    **$0.00**
to Schedule of Creditors Holding Secured Claims                              Total (Use only on last page) >

| | |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Joe Bruce McGlothlin**                                    Case No.  **12-10366-RLJ-13**
                                                                              (if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x7346** <br><br> **Texas National Bank** <br> **PO Box 510** <br> **Sweetwater, TX  79556** | | - | DATE INCURRED: <br> NATURE OF LIEN: <br> **Purchases** <br> COLLATERAL: <br> **Equipment Trailers, Fence & Panels, Sheds, Feed** <br> REMARKS: <br> **Paid thru the Plan** <br><br> VALUE:                    **$5,377.65** | | | | $5,377.65 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | $5,377.65 | $0.00 |
|---|---|---|---|
|  | Total (Use only on last page) > | $162,667.84 | $0.00 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Joe Bruce McGlothlin**                                    Case No.    **12-10366-RLJ-13**
                                                                                         (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Joe Bruce McGlothlin**                                    Case No.   **12-10366-RLJ-13**
                                                                                                    (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **xp162** <br><br> **IRS Department** <br> **Attn: Dorothy Shields** <br> **1100 Commerce** <br> **Mail Code 5027** <br> **Dallas, Texas 75242** | | - | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: <br> **Paid thru the Plan** | | | | $2,340.00 | $2,340.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $2,340.00 | $2,340.00 | $0.00 |
|---|---|---|---|---|
| | **Total >** <br> **(Use only on last page of the completed Schedule E.** <br> **Report also on the Summary of Schedules.)** | | | |
| | **Totals >** <br> **(Use only on last page of the completed Schedule E.** <br> **If applicable, report also on the Statistical Summary** <br> **of Certain Liabilities and Related Data.)** | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re  **Joe Bruce McGlothlin**                                    Case No.  **12-10366-RLJ-13**
                                                                                    (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Monte J. White & Associates, P.C.**<br>**402 Cypress, Suite 310**<br>**Abilene, TX  79601** | | - | DATE INCURRED: **12/19/2012**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $3,186.00 | $3,186.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | Subtotals (Totals of this page) > | $3,186.00 | $3,186.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Total > $5,526.00

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals > $5,526.00     $0.00

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **Joe Bruce McGlothlin**                              Case No.   **12-10366-RLJ-13**
                                                                              (if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **9717**<br>**7-11 Auto**<br>**207 W. Broadway St.**<br>**Sweetwater, TX 79556** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$304.00** |
| ACCT #:<br>**Central Rolling Plains Coop**<br>**102 Pecan St.**<br>**Roscoe, TX 79545** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$630.00** |
| ACCT #:<br>**Charles Turner Harvey, Jr.**<br>**372 FM 2744**<br>**Sweetwater, TX 79556-6102** | | - | DATE INCURRED:  **06/01/2012**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS:<br>**Partnership lawsuit** | | | X | **$20,000.00** |
| **Representing:**<br>**Charles Turner Harvey, Jr.** | | | **Mr. Kenneth L. Maxwell**<br>**115 Eastl Third St.**<br>**Sweetwater, TX 79556** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx2533**<br>**Chase Mht Bk**<br>**Attention: Bankruptcy**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **04/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$938.00** |
| ACCT #:  **xxxx6014**<br>**Direct TV**<br>**PO Box 70014**<br>**Boise ID 83707-0114** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,107.00** |
| | | | | | Subtotal > | | **$22,979.00** |

_____**2**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Joe Bruce McGlothlin**  Case No. **12-10366-RLJ-13**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxx8698** <br> **Discover Fin Svcs Llc** <br> **Po Box 15316** <br> **Wilmington, DE 19850** | | - | DATE INCURRED: **01/2000** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$4,307.00** |
| ACCT #: **xxxxxxxxxxx6439** <br> **Farm Bureau Bank** <br> **17300 Henderson Pass** <br> **San Antonio, TX 78232** | | - | DATE INCURRED: **02/2000** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$1.00** |
| ACCT #: **xxxxxxx1721** <br> **First Financial Bank** <br> **201 Elm St** <br> **Sweetwater, TX 79556** | | - | DATE INCURRED: **02/2008** <br> CONSIDERATION: <br> **Deposit Related** <br> REMARKS: | | | | **$654.00** |
| ACCT #: **9717** <br> **McCray Law Firm** <br> **104 Pine St.** <br> **Abilene, TX 79601** | | - | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Peter M. Lopez** <br> **P.O. Box 367** <br> **202 E. Broadway** <br> **Sweetwater, TX 79556** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **Peter M. Lopez** <br> **P.O. Box 367** <br> **Sweetwater, TX 79556** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: <br> **Partnership lawsuit** | | | | **$1,500.00** |

Sheet no. _____**1**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$6,462.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Joe Bruce McGlothlin**

Case No.  **12-10366-RLJ-13**

(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx8488** <br> **Sams Club / GEMB** <br> **Attention:  Bankruptcy Department** <br> **PO box 103104** <br> **Roswell, GA 30076** | | - | DATE INCURRED:  **10/1996** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $264.00 |
| ACCT #:  **xxx7267** <br> **Shell Oil / Citibank** <br> **Attn.: Centralized  Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO 64195** | | - | DATE INCURRED:  **10/2011** <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $214.00 |
| ACCT #:  **9717** <br> **Sweetwater Floral** <br> **301 E. Ave B** <br> **Sweetwater, TX 79556** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Purchases** <br> REMARKS: | | | | $92.48 |
| ACCT #:  **xxxxxxxxxxxxx1001** <br> **Sweetwater Regional Fc** <br> **1900 Preston Rd** <br> **Sweetwater, TX 79556** | | - | DATE INCURRED:  **10/2011** <br> CONSIDERATION: <br> **Secured** <br> REMARKS: | | | | $2,526.00 |
| ACCT #:  **2996** <br> **Texas Finance** <br> **1928 N. Austin Street** <br> **Colorado City, TX  79512** | | - | DATE INCURRED:  **05/2012** <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | $607.00 |
| ACCT #:  **xx7230** <br> **Texas National Bank** <br> **PO Box 510** <br> **Sweetwater, TX  79556** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Overdraft** <br> REMARKS: | | | | $1,542.25 |

Sheet no. _____**2**_____ of _____**2**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $5,245.73 |
| Total > <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the <br> Statistical Summary of Certain Liabilities and Related Data.) | $34,686.73 |

B6G (Official Form 6G) (12/07)

In re  **Joe Bruce McGlothlin**                                      Case No.  **12-10366-RLJ-13**
                                                                                              (if known)

*AMENDED*
## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **American Fiber Green**<br>4209 Raleigh St.<br>Tampa, FL. 33619 | Lease for storage of wind turbine parts<br>from May 2012 until needed.<br>Contract to be ASSUMED |
| **Blue Sky Energy, LLC**<br>P.O. Box 10126<br>Fort Smith, TX 72917 | Oil & Gas Lease for $27,000.00 used money to pay bills.<br>will not receive any more moneys until February 2014<br>Contract to be ASSUMED |
| **Wildhorse Interest, LLC**<br>214 W. Texas Ave, Ste 313<br>Midland, TX 79701 | Salt Water Disposal Agreement Lease on 5 Acres they pay<br>Debtor 1<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Joe Bruce McGlothlin**                                    Case No.   **12-10366-RLJ-13**
                                                                                          (if known)

*AMENDED*
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Joe Bruce McGlothlin**                                    Case No.   **12-10366-RLJ-13**
                                                                                (if known)

*AMENDED*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Self-Employed | |
| Name of Employer | Feed Store | |
| How Long Employed | 14 mths | |
| Address of Employer | 12 Cypress St. Roscoe, TX 79545 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)            **DEBTOR**       **SPOUSE**

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | **SUBTOTAL** | **$0.00** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | **SUBTOTAL OF PAYROLL DEDUCTIONS** | **$0.00** | |
| 6. | **TOTAL NET MONTHLY TAKE HOME PAY** | **$0.00** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $5,468.89 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. | Social security or government assistance (Specify): Social Security _____ | $1,913.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. projected income from Salt Water Disposa _____ | $3,100.00 | |
| | b. Lease on land to Am Fiber Green _____ | $800.00 | |
| | c. _____ | $0.00 | |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | **$11,281.89** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$11,281.89** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$11,281.89** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Joe Bruce McGlothlin**

Case No. _12-10366-RLJ-13_

(if known)

*AMENDED*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included? ☐ Yes ☑ No<br>   b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities: a. Electricity and heating fuel | $128.77 |
|            b. Water and sewer | $77.00 |
|            c. Telephone | $175.00 |
|            d. Other: Cable Service | $152.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $300.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $50.00 |
| 7. Medical and dental expenses | $300.00 |
| 8. Transportation (not including car payments) | $460.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | $400.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $71.00 |
|          b. Life | $20.00 |
|          c. Health | |
|          d. Auto | $270.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Property Tax | $190.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>         a. Auto:<br>         b. Other:<br>         c. Other:<br>         d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br>$4,478.12<br>$500.00<br> |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$7,771.89** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $11,281.89 |
| b. Average monthly expenses from Line 18 above | $7,771.89 |
| c. Monthly net income (a. minus b.) | $3,510.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Joe Bruce McGlothlin**

CASE NO   **12-10366-RLJ-13**

CHAPTER   **13**

*AMENDED*
## EXHIBIT TO SCHEDULE J

### Itemized Business Expenses

**Feed Store**

| Expense | Category | Amount |
|---|---|---|
| Utilities | Utilities | **$509.00** |
| overdraft fee | Overdraft fee | **$60.00** |
| feed purchase | feed purchase | **$529.00** |
| Salary | Salary | **$2,350.00** |
| global pay chrg | Globl pay chrg | **$55.12** |
| Ins | Ins | **$86.00** |
| Office supplies | Office Supplies | **$100.00** |
| Repairs | Repairs | **$50.00** |
| taxes | Taxes | **$453.00** |
| workers comp | worker comp | **$286.00** |
| | **Total >** | **$4,478.12** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:  **Joe Bruce McGlothlin**                    CASE NO   **12-10366-RLJ-13**

CHAPTER   **13**

*AMENDED*
**EXHIBIT TO SCHEDULE J**
*Continuation Sheet No. 1*

### Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Vehicle Maintenance | **$150.00** |
| Glasses | **$75.00** |
| Hair Cuts | **$25.00** |
| feed | **$250.00** |
| **Total >** | **$500.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

In re **Joe Bruce McGlothlin**          Case No.  **12-10366-RLJ-13**

                                        Chapter  **13**

*AMENDED*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $351,608.00 | | |
| B - Personal Property | Yes | 5 | $107,154.56 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $162,667.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $5,526.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $34,686.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $11,281.89 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $7,771.89 |
| TOTAL | | 26 | $458,762.56 | $202,880.57 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

In re  **Joe Bruce McGlothlin**                                  Case No.   **12-10366-RLJ-13**

                                                                 Chapter    **13**

*AMENDED*
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $2,340.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$2,340.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $11,281.89 |
| Average Expenses (from Schedule J, Line 18) | $7,771.89 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $3,441.58 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $5,526.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $34,686.73 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $34,686.73 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Joe Bruce McGlothlin**                                        Case No.  __**12-10366-RLJ-13**_____
                                                                                                        (if known)

*AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **12/12/2012**_____            Signature  __**/s/ Joe Bruce McGlothlin**_____
                                                                                        ***Joe Bruce McGlothlin***

Date  _____            Signature  _____

                                                                    [If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*